# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEANNA JOHNSON**                                                                           **PLAINTIFF**

V.                                 **4:22CV00814 JM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE CO.**                                                           **DEFENDANT**

## ORDER

Pending is Defendant's motion to dismiss Plaintiff's claim for punitive damages. Plaintiff has not responded.

Plaintiff filed suit for breach of contract against Defendant State Farm Mutual Automobile Insurance Co. In the Complaint, Plaintiff alleges that she was involved in an automobile accident. Her car was allegedly struck by a 2015 Dodge Charger driven by Rachel Davis. Ms. Davis' insurance carrier paid out the policy limits to Plaintiff. However, the policy limit amount was insufficient to fully compensate Plaintiff for the damages she incurred. She made a claim with her insurer, Defendant State Farm, for underinsured motorist coverage. State Farm denied the claim.

A simple controversy "over the existence of a first party insured's claim does not constitute bad faith in Arkansas even if it results from negligence or gross ignorance on the part of the insurer." *First Marine Ins. Co. v. Booth*, 317 Ark. 91, 95, 876 S.W.2d 255, 257 (1994). Based upon the Complaint and the Plaintiff's failure to object to the motion, the Court finds that Plaintiff has failed to allege facts to support a punitive damage claim. Defendant's motion for partial dismissal (ECF No. 6) is GRANTED.

IT IS SO ORDERED this 30th day of September, 2022.

                                                                                                            _____
                                                                                                             James M. Moody Jr.
                                                                                                            United States District Judge