IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEANNA JOHNSON**                                                                                              **PLAINTIFF**

V.                                            **4:22CV000814 JM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE CO.**                                                                                              **DEFENDANT**

## ORDER OF DISMISSAL

Pending is Plaintiff's motion to dismiss the complaint with prejudice against Defendant. The motion (ECF No. 28) is GRANTED. The Complaint and all claims against the Defendant are hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of February, 2024.

_____
James M. Moody Jr.
United States District Judge